# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. CONWAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL A. SMELOSKY, Warden,<br><br>　　　　Respondent. | No. CV 08-5181-DDP (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied with prejudice.

DATED: November 10, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE