**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD D. CONWAY,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL A. SMELOSKY, Warden,<br><br>    Respondent. | No. CV 08-5181-DDP (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied with prejudice.

DATED: February 21, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE